## Commonwealth to use *v.* Piroth.

Argued May 9, 1901.   Appeal, No. 170, April T., 1901, by plaintiff, from order of C. P. No. 1, Allegheny Co., June T., 1898, No. 194, refusing to take off nonsuit in case of Commonwealth to use of School District of the Borough of West Liberty v. Frederick Piroth, Sr., Christian Wilhelm, and Philomena Bendi, deceased.   Before RICE, P. J., BEAVER, ORLADY, W W. PORTER and W. D. PORTER, JJ.   Affirmed.

OPINION BY RICE, P. J., July 25, 1901:

For reasons given in No. 169, April term, 1901, the assign ments of error are overruled and the judgment is affirmed.